# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00435-MWJS-KJM |
| CASE NAME: | Salu Staten v. Positive Behavior Supports Corporation |
| ATTY FOR PLA: | C. Ryan Morgan |
| ATTY FOR DEFT: | David M. Gobeo<br>Lindalee K. Farm |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | ZOOM |
| DATE: | 05/28/2025 | TIME: | 9:00 am - 9:06 am |

COURT ACTION:  EP:    Motion Hearing for [28] JOINT MOTION TO APPROVE SETTLEMENT held on 05/28/2025.

Discussion held.

Court approves the [28] Joint Motion to Approve Settlement.

Parties to prepare the written order.

*Submitted by: Jodie Duarte, Courtroom Manager*