IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| SALU STATEN, on behalf of herself, and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POSITIVE BEHAVIOR SUPPORTS CORPORATION,<br><br>Defendant. | Civil No. 24-00435 MWJS-KJM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT THE JOINT MOTION TO APPROVE SETTLEMENT |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO GRANT THE JOINT MOTION TO APPROVE SETTLEMENT**

Findings and Recommendation having been filed and served on all parties on June 12, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's Findings and Recommendation to Grant the Joint Motion to Approve Settlement, filed on June 12, 2025, ECF No. 34, are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED:   July 1, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge